# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LiPo Ching, | No. CV-16-00277-TUC-CKJ |
| Plaintiff, | **ORDER** |
| v. | |
| Nathaniel Bradley, et al., | |
| Defendants. | |

Plaintiff filed an amended complaint in this matter on September 19, 2016. (Doc. 17.) On November 4, 2016, he filed a Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). (Doc. 26.) Because Defendants have filed neither answers nor motions for summary judgment, Plaintiff is permitted, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), to voluntarily dismiss without a Court order. Moreover, the dismissal may be without prejudice as stated in Plaintiff's Notice.

Accordingly, this case is dismissed without prejudice, and the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated this 10th day of November, 2016.

Honorable Cindy K. Jorgenson
United States District Judge